# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT DYER,<br><br>        Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No.: 1:17-cv-01183- DAD - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE THIS ACTION |

On October 4, 2017, the parties filed a joint stipulation for an extension of thirty days for Ford Motor Company to file a response to Plaintiff's complaint, indicating the defendant's response would be due October 27, 2017. (Doc. 8 at 2) The Court granted the request (Doc. 9). but Ford has failed to file the responsive pleading despite that it is now weeks past the deadline. Despite this, the plaintiff has failed to seek entry of default. Thus, the Court **ORDERS**:

1.    Within 10 days, the plaintiff SHALL show cause in writing why sanctions, up to an including dismissal of this action, should not be imposed for his failure to prosecute this action.

**Plaintiff is advised that his failure to comply will result in a recommendation that this matter be dismissed**.

IT IS SO ORDERED.

Dated:   **November 20, 2017**          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE