# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT DYER,<br><br>        Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No.: 1:17-cv-01183- DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 14) |

The parties have alerted the Court that they are finalizing the settlement of this matter. (Doc. 14) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed <u>**no later than February 1, 2018**</u>;

    2.    All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:   **December 22, 2017**           **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE