# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT DYER, | Case No.: 1:17-cv-01183- DAD - JLT |
| Plaintiffs, | ORDER CLOSING THE CASE |
| v. | (Doc. 16) |
| FORD MOTOR COMPANY, | |
| Defendant. | |

The parties have stipulated to dismiss the action with each side to bear their own fees and costs. (Doc. 16) Fed.R.Civ.P. 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 16), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action. The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: **February 2, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE